IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| UNITED STATES OF AMERICA, | CR 13-85-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| MITCHELL TODD ROSS, | |
| Defendant. | |

Upon the Defendant's Motion for Early Termination of Supervision (Doc. 48), pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Mitchell Todd Ross' supervision is terminated as of the date of this Order.

The Clerk shall notify the U.S. Probation Office of the making of this Order.

DATED this 19th day of June 2017.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1